AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Howell, Dennis L. | **2. Court or Organization**<br><br>USDC, WDNC | **3. Date of Report**<br><br>02/21/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge, full | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U. S. Courthouse Building
100 Otis Street, Room 302
Asheville, NC 28801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA # 1 (H) | | | | | | | | | |
| 2. -AQR Managed Futures Strategy Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | K | F | |
| 3. -DFA 5 Yr. Global Income Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | M | A | |
| 4. -DFA Emerg. Mkts. Value Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 5. -DFA Emerg. Mkt. Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 6. -DFA Emerg. Mkts. Sm Cap Fund | A | Dividend | | | Sold | 03/21/17 | K | B | |
| 7. -DFA Int'l Real Estate Sec. Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 8. -DFA Int'l Sm. Cap Value Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | K | B | |
| 9. -DFA Int'l Small Co Fund | A | Dividend | | | Sold | 03/21/17 | K | B | |
| 10. -DFA Int'l Value Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | L | A | |
| 11. -DFA US Large Cap Value Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | M | C | |
| 12. -DFA Real Estate Sec. Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 13. -DFA US Large Co. Fund Class 1 | C | Dividend | M | T | | | | | |
| 14. -DFA US Micro Cap Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | L | C | |
| 15. -DFA US Sm. Cap Value Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | L | D | |
| 16. -Natixis ASG Managed Future Strategy Fund | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 17. -Vanguard Ltd Term T/E Fd (Adm) | A | Dividend | | | Sold | 03/21/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard S/T Invest Grade (Admiral) | A | Dividend | | | Sold | 03/21/17 | L | C | |
| 19. -Virtus Multi Sector S-T Bond I | A | Dividend | | | Sold | 03/22/17 | M | A | |
| 20. -Vanguard 500 Index (Admiral) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 21. -Vanguard Mkt Neutral Fund Class Inv SHS | A | Dividend | | | Sold | 03/21/17 | K | A | |
| 22. -Apollo Invmt Corp | A | Dividend | | | Sold | 10/16/17 | K | A | |
| 23. -Cohen & Steers Preferred Sec. & Inc. Fund A | E | Dividend | O | T | Buy | 03/23/17 | O | | |
| 24. -Nuveen Real Asset Income Fund Class C | B | Dividend | K | T | Buy | 10/24/17 | K | | |
| 25. -Yorktown Multiasset Income Fund Class L | D | Dividend | N | T | Buy | 03/22/17 | N | | |
| 26. -UBS Bank US Cash Account | | None | J | T | | | | | |
| 27. SEP IRA #2 (H) | | | | | | | | | |
| 28. -DFA 5 yr. Global Income Fund | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 29. -DFA Core Emerg. Mkts. Fund | A | Dividend | | | Sold | 03/21/17 | K | D | |
| 30. -DFA Int'l Real Estate Fund | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 31. -DFA Int'l Core Equity | A | Dividend | | | Sold | 03/21/17 | K | D | |
| 32. -DFA Real Estate Sec. Fund | A | Dividend | | | Sold | 03/21/17 | J | D | |
| 33. -DFA US Core Equity 2 Fund | B | Dividend | M | T | | | | | |
| 34. -VG S/T Invest. Grade (Admiral) | A | Dividend | | | Sold | 03/21/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Virtus Multi Sector S-T Bond I | A | Dividend | | | Sold | 03/22/17 | J | A | |
| 36. -Natixis ASG Manage Future Strategy Fund | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 37. -Vanguard Mkt. Neutral Fund Class Inv. SHS | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 38. -AQR Manged Futures Strategy Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 39. -Cohen & Steers Preferred Sec. & Inc. Fund A | D | Dividend | M | T | Buy | 03/23/17 | M | | |
| 40. -UBS Bank US Cash Account | | None | J | T | | | | | |
| 41. IRA #3 (H) | A | Dividend | | | | | | | |
| 42. -S&P 500 Depository | A | Dividend | J | T | | | | | |
| 43. -Baron Small Cap Fund | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 44. -DFA 5 yr Global Income Fund | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 45. -DFA Emerg. Mkt. Value Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 46. -DFA Emerg. Mkts. Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 47. -DFA Emerg. Sm. Cap Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 48. -DFA Int'l Real Estate Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 49. -DFA Int'l Sm. Cap Value Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 50. -DFA Int'l Small Co. Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 51. -DFA Int'l Value Fund Class I | A | Dividend | | | Sold | 03/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -DFA Large Cap Value Fund Class 1 | A | Dividend | K | T | | | | | |
| 53. -DFA Real Estate Sec. Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 54. -DFA US Large Co. Instl. Class 1 | A | Dividend | J | T | | | | | |
| 55. -DFA US Micro Cap Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 56. -DFA US Sm. Cap Value Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | J | B | |
| 57. -Vanguard Pacific Stock Index Fund Investor | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 58. -VG European Stock Index Fund Investor | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 59. -VG S/T Invest Grade Fund (Admiral) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 60. -Vitrus Multi Sector S-T Bond 1 | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 61. -AQR Managed Futures Fund 1 | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 62. -Natixis ASG Managed Strategy Fund Class 1 | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 63. -Vanguard Market Neutral Fund Class Inv.-SHS | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 64. -UBS Bank US Cash Account | | None | J | T | | | | | |
| 65. -Cohen & Steers Preferred Sec. & Inc. Fund A | D | Dividend | M | T | Buy | 03/23/17 | L | | |
| 66. UBS Financial Services Acct 70 (H) | | | | | | | | | |
| 67. -First Horizon Natl Corp. FHN   2 | A | Dividend | K | T | | | | | |
| 68. -Blackrock Muniholdings Quality Fund Inc. MUS | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Blackrock Muniyield Quality Fund III, Inc. MYI | C | Dividend | L | T | | | | | |
| 70. -Nuveen Quality Muni Fund, Inc. NQI | D | Dividend | M | T | | | | | |
| 71. -Blackrock Muniyield Fund, Inc. MYD | C | Dividend | L | T | | | | | |
| 72. -ARES MGMT LP PFD Unit Ser A | C | Dividend | L | T | | | | | |
| 73. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 74. UBS Financial Services Acct. 68 (Estate #1) (H) | | | | | | | | | |
| 75. -UBS Bank Dep Acct | | None | J | T | | | | | |
| 76. -Fidelity Southern Corp. | A | Dividend | J | T | | | | | |
| 77. -General Motors | A | Dividend | J | T | | | | | |
| 78. -Motors Liq Co GUC TR UBI | A | Dividend | J | T | | | | | |
| 79. -Warrants General Motors Corp. | | None | | | Sold | 03/21/17 | J | A | |
| 80. -FNR 109-109 J | A | Dividend | | | | | | | |
| 81. -FHR 1163 1163 JA | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 82. -FHR 1578 K | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 83. -Invesco Quality Muni Inc. Trst. Com. | C | Dividend | L | T | | | | | |
| 84. -Apollo Invemt Corp | A | Dividend | | | Sold | 10/16/17 | L | A | |
| 85. -BGC Partners Inc. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dominion Resources Inc. | C | Dividend | L | T | | | | | |
| 87. -Ing Group N V | A | Dividend | | | Sold | 03/15/17 | K | A | |
| 88. -Qwest Corp | C | Dividend | K | T | | | | | |
| 89. -Nuveen High Yield Municipal Bond Fund Class C | B | Dividend | L | T | Buy | 10/24/17 | L | | |
| 90. -Yorktown Multiasset Income Fund Class L | B | Dividend | K | T | Buy | 03/21/17 | K | | |
| 91. UBS Financial Services Acct. 19BH Estate #2 (H) | | | | | | | | | |
| 92. -UBS Bank USA Deposit Acct | | None | J | T | | | | | |
| 93. -Nuveen Amt-Free Municipal Credit Income Fund | C | Dividend | L | T | | | | | |
| 94. -Apollo Investment Corp. | A | Dividend | | | Sold | 10/16/17 | K | A | |
| 95. -Ares Mgmt L P PFD Unit Ser A | B | Dividend | K | T | | | | | |
| 96. -Associated Banc Preferred | B | Dividend | K | T | | | | | |
| 97. -Nuveen High Yield Municipal Bond Fund Class C | B | Dividend | K | T | Buy | 10/24/17 | K | | |
| 98. UBS Financial Services H H IRA Estate #3 (H) | | | | | | | | | |
| 99. -FNR 1992-195C | A | Dividend | J | T | | | | | |
| 100. -FHR 1578K | A | Dividend | J | T | | | | | |
| 101. -FNR-1994-G6 | A | Dividend | J | T | | | | | |
| 102. -Legg Mason Inc Bond | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -UBS Bank Deposit x | | None | J | T | | | | | |
| 104. UBS Financial Services Acct 16 (H) | | | | | | | | | |
| 105. -Blackrock Muniyield Fund Inc. | B | Dividend | K | T | | | | | |
| 106. -UBS Bank Deposit x | A | Interest | J | T | | | | | |
| 107. American Balance Fund-529 A Fund #1011 CLBX-Balanced Track | A | Int./Div. | J | T | | | | | |
| 108. American Balance Fund-529 A Fund #1011 CLBX-Balanced Track | A | Int./Div. | J | T | | | | | |
| 109. First Citizens Investors Services (H) | | | | | | | | | |
| 110. -University NC Charlotte Rev | A | Dividend | | | Redeemed | 04/03/17 | K | | |
| 111. -NC Med Care Comm Health Care Facs R Ed NC Med Care | B | Dividend | K | T | | | | | |
| 112. -NC Med Care Comm Health Care Facs R Ed Wake Med | A | Dividend | K | T | | | | | |
| 113. -Harnett County NC Ltd Oblig RFDG | B | Dividend | K | T | | | | | |
| 114. -Monroe NC Ltd Oblig R DG | B | Dividend | K | T | | | | | |
| 115. -NC Med Care Comm Health Care-Wake Forest | A | Dividend | K | T | Buy | 04/20/17 | K | | |
| 116. Wells Fargo Cash Account | A | Interest | M | T | | | | | |
| 117. Rental Property #1 Burnsville, NC $169,720.00 | D | Rent | M | S | | | | | |
| 118. Rental Property #2 Burnsville, NC $244,750.00 | | None | M | S | | | | | |
| 119. Rental Property #3 Burnsville, NC $20,662.50 | | None | K | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Rental Property #4 Burnsville, NC $341,400.00 | | None | N | S | | | | | |
| 121. Spruce Pine, Mitchell County, NC #2 12/28/2015 | | None | N | Q | | | | | |
| 122. Spruce Pine, Mitchell County, NC #3 01/07/2016 | | None | K | Q | | | | | |
| 123. Arbuckle, Yancey County, NC #1 11/03/2015 | | None | M | Q | | | | | |
| 124. Southern Farm Bureau Life Insurance Whole Life | A | Interest | K | T | | | | | |
| 125. Dennis L. Howell, PA | | None | J | W | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 02/21/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

#106 and #107--each of these two funds are for the college education of my grandchildren. I can select only the general investment strategy of these plans and I have chosen the balance track. I do not own, nor can I select, the specific stocks, bonds or other asssets. These items were listed in the 2016 Report as (#127) and (#128)

The Reporter mistakenly left out First Horizon Financial Corp. FHN from the Financial Report filed on July 2nd, 2018. This item has now been included and the items have been renumbered to correct the error. This item was included in the Final Report filed on October 24th 2018 as line item #23. It is line item #76 on the 2016 report.

#72-UBS Bank USA Dep Acct is reported in the Final Report of October 24th 2018 as line item #24.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544